## ATTACHMENT A

### I. Search Procedure

The search warrant will be presented to Yahoo personnel who will be directed to produce those accounts and files described in Section II below. In order to ensure that agents search only those computer accounts or computer files described in the Court Order, this search warrant seeks authorization to permit employees of Yahoo to assist agents in the execution of this warrant. To further ensure that agents executing this warrant search only those accounts or computer files described in the Court Order, the following procedures have been implemented:

1.  The warrant will be presented to Yahoo personnel who will be directed to isolate the account and files described below;

2.  In order to minimize any disruption of computer service to innocent third parties, the systems administrator will create an exact duplicate of the accounts and files described below, including an exact duplicate of all information stored in the computer accounts or files described below;

3.  Yahoo personnel will provide the exact duplicate of the accounts and files described below and all information stored in that account and/or files to the Special Agent who serves this search warrant (in both CD/floppy disk and hard copy form)

### II. Files and Accounts to be Produced

a. All electronic mail (opened and unopened) and attachments, buddy or address lists, stored and presently contained in, or on behalf of, the following electronic mail addresses and/or individual accounts CANCHELINDA15@YAHOO.COM as well as the entries on any address books or buddy lists related to that accounts;

b. All existing printouts from original storage of all of the electronic mail described above in Section II (a);

c. All transactional information of all activity of the electronic mail addresses and/or individual accounts described above in Section II(a), including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations;

d. All business records and subscriber information, in any form kept, pertaining to the electronic mail addresses and/or individual account described above in Section II(a), including applications, subscribers' full names, all screen names associated with the subscriber and/or account, all account names associated with the subscriber, methods of payment, telephone numbers, addresses, and detailed billing records; and

e. All records indicating the services available to subscribers of the electronic mail address and/or individual account described above in Section II(a).

**III. Form of Evidence**

The information should be provided both on 8.5x11-inch paper printouts or photocopies and, where maintained in electronic form, on 3.5-inch IBM-formatted floppy disks or other appropriate electronic media.